

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00090-CV

Jose M. **GONZALEZ**, Jr.,
Appellant

v.

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-25068
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We ORDER that no costs be assessed against appellant in relation to this appeal.

SIGNED August 3, 2022.

_____
Irene Rios, Justice